# Order

Michigan Supreme Court
Lansing, Michigan

March 27, 2009

138304

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re DEVEN MICHAEL ALLISH and
ALENA THERESE HART, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
         Petitioner-Appellee,

v

                                           SC: 138304
COA: 286354
Clinton CC Family Division:
06-019246-NA

FRANCES ALLISH,
         Respondent-Appellant.
and

JOHN HART,
         Respondent.

_____/

On order of the Court, the application for leave to appeal the January 27, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2009

s0324

Clerk